UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JODI ASMUS and CARL J. ASMUS,<br><br>Plaintiffs,<br><br>vs.<br><br>ACELITY, KINETIC CONCEPTS, INC., et al.,<br><br>Defendants. | Case No. 2:17-cv-00684-JAM-AC<br><br>ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND TIME TO COMPLETE RULE 26(F) CONFERENCE AND JOINT STATUS REPORT |

Good cause appearing, IT IS HEREBY ORDERED that the parties' Joint Motion and Stipulation to Extend Time to Complete Rule 26(f) Conference and Joint Status Report is GRANTED. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a joint status report that includes a Rule 26(f) discovery plan on or before July 28, 2017.

IT IS SO ORDERED.

Dated: 5/26/2017  /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge