Craig A. Livingston (SBN 148551)
Crystal L. Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
Email: clivingston@livingstonlawyers.com
         cvanderputten@livingstonlawyers.com

Attorneys for Defendants
HILL-ROM HOLDINGS, INC.
and HILL-ROM COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JODI ASMUS and CARL J. ASMUS, | Case No. 2:17-cv-00684-JAM-AC |
| Plaintiffs, | [*Originally filed in Sacramento Superior Court, Case No.* 34-2016-00201343] |
| v. | **ORDER GRANTING DISMISSAL OF HILL-ROM HOLDINGS, INC. AND HILL-ROM COMPANY, INC. FROM CASE NO. 2:17-cv-00684-JAM-AC PURSUANT TO PARTIES STIPULATION OF DISMISSAL** |
| ACELITY, KINETIC CONCEPTS, INC. and DOES 1 to 10, inclusive; and DOES 1 through 25, inclusive, | |
| Defendants. | |
| | Complaint Filed:  10/05/16 |
| | Removal Date: 03/30/17 |
| | Trial Date: None |

Plaintiffs JODI ASMUS and CARL J. ASMUS and defendants HILL-ROM HOLDINGS, INC. AND HILL-ROM COMPANY, INC. stipulated, pursuant to Federal Rule of Civil Procedure 41(a)(1), that plaintiffs' Complaint in Case No. 2:17-cv-00684-JAM-AC may be dismissed, without prejudice, with each side to bear its own costs and attorneys' fees.

///

///

///

///

---

*Asmus, et al. v. Acelity, et al.,* Case No. 2:17-cv-00684-JAM-AC
[PROPOSED] ORDER GRANTING DISMISSAL OF HILL-ROM HOLDINGS, INC. AND HILL-ROM COMPANY, INC. FROM CASE NO. 2:17-cv-00684-JAM-AC PURSUANT TO PARTIES STIPULATION OF DISMISSAL

1

1  Accordingly, Case No. 2:17-cv-00684-JAM-AC is **DISMISSED WITHOUT PREJUDICE.**

2       **IT IS SO ORDERED.**

3

4  Dated:   7/20/2017            /s/ John A. Mendez_____
                                             Hon. John A. Mendez

5                                               United States District Court Judge

28  *Asmus, et al. v. Acelity, et al.*, Case No. 2:17-cv-00684-JAM-AC
[PROPOSED] ORDER GRANTING DISMISSAL OF HILL-ROM HOLDINGS, INC. AND HILL-ROM COMPANY, INC. FROM CASE NO. 2:17-cv-00684-JAM-AC PURSUANT TO PARTIES STIPULATION OF DISMISSAL