1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| JODI ASMUS and CARL J. ASMUS,<br><br>Plaintiffs,<br><br>vs.<br><br>ACELITY, KINETIC CONCEPTS, INC., et al.,<br><br>Defendants. | Case No.  2:17-cv-00684-JAM-AC<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS KINETIC CONCEPTS, INC. AND ACELITY HOLDINGS, INC. |
|---|---|

IT IS HEREBY ORDERED that the Joint Stipulation for Dismissal is GRANTED. The above-captioned action is DISMISSED WITHOUT PREJUDICE as to Defendants Kinetic Concepts, Inc. and Acelity Holdings, Inc., with each side to bear its own costs and fees.

IT IS SO ORDERED.

Dated: 7/21/2017      /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge